UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MICHAEL PERKINS,

        Plaintiff,

   -against-            9:12-CV-0459 (LEK/RFT)

DAVID A. ROCK, *et al.*,

        Defendants.

_____

## ORDER

  This matter comes before the Court following a Report-Recommendation filed on September 5, 2014, by the Hon. Randolph F. Treece, U.S. Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3. Dkt. No. 79 ("Report-Recommendation").

  Within fourteen days after a party has been served with a copy of a magistrate judge's report-recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations." FED. R. CIV. P. 72(b); L.R. 72.1(c). "If no objections are filed . . . reviewing courts should review a report and recommendation for clear error." Edwards v. Fischer, 414 F. Supp. 2d 342, 346-47 (S.D.N.Y. 2006); see also Cephas v. Nash, 328 F.3d 98, 107 (2d Cir. 2003) ("As a rule, a party's failure to object to any purported error or omission in a magistrate judge's report waives further judicial review of the point."); Farid v. Bouey, 554 F. Supp. 2d 301, 306 (N.D.N.Y. 2008).

  No objections to the Report-Recommendation were filed in the allotted time period. See Docket. After a thorough review of the Report-Recommendation and the record, the Court has determined that the Report-Recommendation is not subject to attack for clear error.

  Accordingly, it is hereby:

**ORDERED**, that the Report-Recommendation (Dkt. No. 79) is **APPROVED** and **ADOPTED in its entirety**; and it is further

**ORDERED**, that Defendants' Motion (Dkt. No. 74) to dismiss is **GRANTED**; and it is further

**ORDERED**, this action is **DISMISSED without prejudice**; and it is further

**ORDERED**, that the Clerk serve a copy of this Order upon the parties to this action in accordance with the Local Rules.

**IT IS SO ORDERED**.

DATED: October 07, 2014
Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge